# Court of Appeals
# of the State of Georgia

ATLANTA,__July 22, 2022_____

*The Court of Appeals hereby passes the following order:*

## A22A1725. CHANCE R. BROWN v. THE STATE.

In 1993, Chance R. Brown pled guilty to voluntary manslaughter and robbery. In 2021, he filed a motion for an out-of-time appeal. The trial court dismissed the motion based on the Supreme Court's recent holding in *Cook v. State*, 313 Ga. 471 (870 SE2d 758) (2022), and Brown appeals. We, however, lack jurisdiction.

In *Cook*, the Supreme Court determined that a trial court lacks authority to grant an out-of-time appeal. 313 Ga. at 506 (5). Brown, therefore, "had no right to file a motion for an out-of-time appeal in the trial court; his remedy, if any, lies in habeas corpus." *Rutledge v. State*, 313 Ga. 460, 461 (870 SE2d 720) (2022). Thus, the trial court correctly determined that it did not have jurisdiction to consider Brown's motion for an out-of-time appeal, and the court's order dismissing the motion does not present a cognizable basis for an appeal. See *Henderson v. State*, 303 Ga. 241, 244 (2) (811 SE2d 388) (2018). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__07/22/2022_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*